IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 5:20-CR-4<br>JUDGE SCHROEDER |
| WILLIAM JOHNSON SPRINGER | § | |

## FACTUAL BASIS

I, the defendant, William Johnson Springer, committed the conduct described in Count One of the Indictment, which charges a violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), possession of child pornography. I am pleading guilty in this case because I am in fact guilty of the violation alleged. I have had an opportunity to consult with an attorney, and I am satisfied with the advice and counsel I have received. I am pleading guilty because I believe it is in my own strategic best interest based on all the facts known to me, which I have shared with my attorney. I have reviewed the elements of that offense with my attorney; I agree that each element is satisfied in this case. Additionally, I have reviewed with my attorney the sentencing stipulations in my plea agreement; I agree that each stipulation accurately reflects my conduct. I further agree that the following factual basis is true and correct:

On or about September 18, 2019, in the Eastern District of Texas, I knowingly possessed an item, specifically the Motorola model XT1609 cell phone with IMEI number 354142074146558, that contained images and

videos of child pornography. That item had been shipped and transported using a means and facility of interstate commerce and had been shipped and transported in and affecting interstate commerce; specifically, that items was not manufactured in the State of Texas and was therefore itself transported in interstate and foreign commerce. Additionally, I downloaded and possessed images and videos of child pornography using the Internet. Included in those images and videos that I downloaded and possessed using the Motorola model XT1609 cell phone with IMEI number 354142074146558 were the following:

| FILE NAME | DESCRIPTION |
|---|---|
| ! 1yo best cunt fing lick.mpg | This 0:50 video file depicts a prepubescent female lying on her back in a crib. An adult male removes the infant's diaper. The infant is then positioned so that the prepubescent female's genitals are exposed to the camera. The adult male then digitally penetrates and spreads apart the prepubescent female's genitals. |

| FILE NAME | DESCRIPTION |
|---|---|
| (Pthc 2013 Ptxx Opva) 10Yo Girl Bed Molested.wmv | This 1:43 video file depicts a prepubescent female, nude from the waist down, wearing a white shirt, and lying on her back on what appears to be a bed with yellow blankets. An adult male can be heard telling the child to "open up her legs." An adult male's erect penis then penetrates and rubs against the genitals of the prepubescent female. Throughout the video, the prepubescent female cryies and tells the adult male, "I don't want to do this." |
| 0_26d23e06-be0d-48ba-8692-708b76c34e37_blob | This 1:54 video file depicts a nude, prepubescent female lying on her back on a purple towel. The child is blindfolded and her arms are bound with yellow ropes. The child's legs are spread apart and her ankles are bound with yellow ropes. An adult male penetrates the prepubescent female's mouth with his penis while a dog licks the prepubescent female's genitals. |

I knew that the images and videos I downloaded and possessed depicted children in sexually explicit conduct and did constitute child pornography. I also knew that I downloaded and possessed more than 600 images of child pornography, including depictions of prepubescent minors, depictions of sadistic or masochistic abuse or violence, and depictions of the sexual abuse and exploitation of infants and toddlers. Finally, on February 9, 2009, I was

convicted of a violation of 18 U.S.C. § 2252(a)(4)(B), possession of child pornography, in case number 08-CR-162 in the United States District Court for the Northern District of Oklahoma and was sentenced to sixty-seven months' imprisonment; in committing this new offense I therefore engaged in a combination of two separate instances of sexual abuse or sexual exploitation of a minor.

I hereby stipulate that these facts are true and correct. I accept these facts as the uncontested facts of this case. I acknowledge that my conduct as described above constitutes a violation of offense to which I am pleading guilty.

8/26/2020
Date

WILLIAM JOHNSON SPRINGER
Defendant

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Basis and that he has signed it voluntarily.

8-26-20
Date

JEFFREY S. HARRELSON
Attorney for Defendant