# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **5:20-CR-4** |
| | § | |
| **WILLIAM JOHNSON SPRINGER** | § | |

### ORDER ADOPTING
### THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Judge Craven conducted a hearing on October 5, 2020, in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document #26).  Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement.  She  further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Indictment, which charges  a  violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), possession of child pornography. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document #26) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED**  that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count 1 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF**

**GUILTY** against the Defendant as to Count 1 of the Indictment.

**SIGNED this 20th day of October, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE