# United States District Court
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | NO. | 5:20-CR-4-1 |
| | § | | |
| WILLIAM SPRINGER | § | | |

### DEFENDANT'S SENTENCING MEMORANDUM

William Springer, Defendant herein, presents to the Court the following issues for consideration in Defendant's sentencing:

I.

Following significant negotiation, William Springer and his counsel reached a settlement with the United States Attorney's Office that resulted in a binding Plea Agreement pursuant to Rule 11(c)(1)(C) which would result in 120 months imprisonment (statutory mandatory minimum) followed by lifetime supervised release. Defendant had no objections to the PSR and requests the Court to sentence him consistent with his agreement and the recommended sentence in the PSR.

WHEREFORE, Defendant prays that the Court consider these factors in setting a sentence that is reasonable, but not greater than necessary, and for any such other relief to which he may be entitled.

Respectfully submitted,

Jeff Harrelson, Attorney at Law
210 North State Line Avenue, Suite 503 (71854)
Post Office Box 40 (75504)
Texarkana, Arkansas
Telephone: 870/772-0300
Telefax: 870/772-0302
Electronic mail: jeff@harrelsonfirm.com

                                                BY:  */s/ **Jeff Harrelson***
                                                        Jeff Harrelson
                                                        Arkansas Bar Number 96118
                                                        Texas Bar Number 00798241

## CERTIFICATE OF SERVICE

      I, Jeff Harrelson, Attorney at Law, hereby certify that I have on this 23rd day of February, 2021, served the foregoing by electronic mail to the persons listed below:

                                                     /s/ ***Jeff Harrelson***
                                                     Jeff Harrelson

Mr. Jonathan R. Hornok
Assistant United States Attorney

Ms. Natalie Estrada
United States Probation Officer